UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 08637
  GREGORY WILBERT
  CAROL WILBERT                               CHAPTER 13

                                    JUDGE: SUSAN PIERSON SONDERBY

        Debtor
  SSN XXX-XX-2722    SSN XXX-XX-7150

---------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
  The case was filed on 05/11/2007 and was not confirmed.

  The case was converted to chapter 7 without confirmation 12/10/2008.
---------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE INC | SECURED NOT I | .00 | .00 | .00 |
| CITIMORTGAGE INC | UNSECURED | NOT FILED | .00 | .00 |
| 1700 E 56TH ST CONDO ASS | CURRENT MORTG | .00 | .00 | .00 |
| 1700 E 56TH ST CONDO ASS | SECURED | 14224.47 | .00 | 6600.00 |
| 1700 E 56TH ST CONDO ASS | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 51243.97 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN AIRLINES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1710.66 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1311.04 | .00 | .00 |
| CAPITAL ONE BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| CFMC | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 9000.03 | .00 | .00 |
| EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 584.20 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 103092.21 | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 1848.49 | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED | 2500.00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 315.39 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 3390.85 | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 4766.58 | .00 | .00 |
| ILLINOIS DEPT OF REV | SECURED | 2028.25 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2958.26 | .00 | .00 |
| MAX RECOVERY | UNSECURED | 621.77 | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | 9001.70 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 935.18 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3193.98 | .00 | .00 |
| GE MONEY BANK | UNSECURED | 273.68 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 534.83 |

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 08637 GREGORY WILBERT & CAROL WILBERT

```
DEBTOR REFUND              REFUND                              18,388.91
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 25,523.74 | |
| PRIORITY | | .00 |
| SECURED | | 6,600.00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | 534.83 |
| DEBTOR REFUND | | 18,388.91 |
| TOTALS | 25,523.74 | 25,523.74 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
Dated: 03/17/09              /s/ Tom Vaughn
                             _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE
```